**Mary Witsken WILLER, Doing Business under the Trade Name of Joseph P. Witsken Dairy, v. UNITED STATES of America.**

No. 8284.

Circuit Court of Appeals, Sixth Circuit.
Jan. 16, 1940.

Sanford A. Headley and Michael C. Lacinak, both of Cincinnati, Ohio, for appellant.

Leo Calvin Crawford and Frederic W. Johnson, both of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon motion of the appellant, the appellee not objecting, it is now ordered that this cause, United States v. Krechting, D.C., 26 F.Supp. 266, be and the same is dismissed.

**The WILLIAM A. WEBSTER COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8165.

Circuit Court of Appeals, Sixth Circuit.
Jan. 18, 1940.

F. E. Hagler, of Memphis, Tenn., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Ralph F. Staubly, and L. W. Post, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

It is ordered that the decision of the Board of Tax Appeals be and the same is reversed and the cause remanded for further proceedings, pursuant to stipulation of counsel.

**E. M. WILLIAMS, Administrator of the Estate of Marshall H. Williams, Appellant, v. UNITED STATES of America, Appellee.**

No. 8017.

Circuit Court of Appeals, Sixth Circuit.
Jan. 8, 1940.

W. O. Lowe, of Knoxville, Tenn., for appellant.

J. B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., and Julius C. Martin, Wilbur C. Pickett, and Young M. Smith, all of Washington, D. C., for appellee.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the brief and records and argument of counsel, and it appearing that the appellant's action is barred under Title 38 U.S.C. Sec. 445, 38 U.S.C.A. § 445 [Ball v. United States, 6 Cir., 101 F.2d 272], the judgment of the District Court is affirmed.